IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LUIS MARTIN ALCARAZ**                                                         PLAINTIFF

v.                          Case No. 4:23-cv-00984-KGB

**BARBARA ELMORE, Judge,**
Lonoke County, *et al*.                                                         DEFENDANTS

**ORDER**

Before the Court is the status of this case. On September 6, 2024, the Court ordered plaintiff Luis Martin Alcaraz to: (1) pay the statutory filing fee of $405.00; or (2) file a properly completed application to proceed *in forma pauperis*, with the required calculation sheet signed by an authorized official at the Lonoke County Detention Facility, within 30 days (Dkt. No. 6, at 2). The Court apprised Mr. Alcaraz that Local Rule 5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas requires *pro se* litigants like Mr. Alcaraz: (1) to notify promptly the Court and the other parties in the case of any change of address; (2) to monitor the progress of the case; and (3) to prosecute or defend the action diligently. The Court further informed Mr. Alcaraz that Local Rule 5.5 also provides that the failure to respond to any communication from the Court within 30 days may result in dismissal of the case (*Id*.).

Mr. Alcaraz has not paid the statutory filing fee of $405.00, has not filed a properly completed the application to proceed *in forma pauperis*, or otherwise responded to the Court's September 6, 2024, Order, and his mail has been returned as undeliverable (Dkt. Nos. 7, 8). Given Mr. Alcaraz's failure to comply with an Order of this Court and prosecute diligently his case pursuant to Local Rule 5.5(c)(2), the Court dismisses without prejudice Mr. Alcaraz's complaint (Dkt. No. 1). Furthermore, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Order and the accompanying judgment would not be in good faith.

It is so ordered this 28th day of January, 2026.

                                                                      _____
                                                                      Kristine G. Baker
                                                                      Chief United States District Court Judge